ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: 5/2/06
START: 9:45 a.m.
END: 9:55 AM

DOCKET NO: 05CV5502

CASE: Senat v. N.Y.C.

___ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Richard Cardinale

FOR DEFENDANT: Brooke Birnbaum

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The defense shall produce all relevant CCRB, IAB + disciplinary records (i.e., relating to unlawful arrest, improper strip search, and/or credibility), whether substantiated or unsubstantiated.

By 5/5/06, the defense shall provide a sworn response to plaintiff's interrogatory concerning the identity of the officers (if any) who stripsearched plaintiff.

The time for amending the complaint and adding new parties is extended to 5/12/06.