xUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICK SENAT,

                Plaintiff,            **MEMORANDUM AND ORDER**

    -against-                                    05-CV-5502 (ERK)

**CITY OF NEW YORK, et al.**,

                **Defendants.**
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       Currently pending before this Court is a series of letters from the parties, dated May 9 and 10, 2006, concerning the Court's ruling of 5/2/06.[1]

       The parties dispute whether the Court's order directing plaintiff to produce all CCRB, IAB and disciplinary records concerning similar allegations applies to charges as to which the officer was exonerated and/or charges of misconduct that occurred after the conduct complained of in this case. Plaintiff is correct that the answer to both prongs of the question is yes. Therefore, the defense must promptly produce the disputed records.[2]

       The Court grants defendants' request for an extension of time until 5/31/06 to provide a sworn response to plaintiff's interrogatory concerning the identities of the officers

---

[1] Contrary to the Court's individual rules, neither side requested permission to file a reply letter.

[2] It appears from defense counsel's second letter of May 9, 2006, that defendants have withdrawn their assertion of law enforcement privilege, contained in their first letter of May 9, 2006.

who strip-searched plaintiff. The time for amending the complaint and adding new parties is extended to June 14, 2006.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**May 11, 2006**

                                         **ROANNE L. MANN**
                                         **UNITED STATES MAGISTRATE JUDGE**